■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SHAW, Appellant. [48 NYS3d 612]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Del Giudice, J.), rendered September 16, 2013, convicting him of robbery in the first degree, upon a jury verdict, and sentencing him to a determinate term of imprisonment of 10 years, to be followed by a period of 5 years of postrelease supervision.

Ordered that the judgment is modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed from a determinate term of imprisonment of 10 years, to be followed by a period of 5 years of postrelease supervision, to a determinate term of imprisonment of 7 years, to be followed by a period of 5 years of postrelease supervision; as so modified, the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348-349 [2007]), we accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]; *People v Schouenborg*, 42 AD3d 473, 473-474 [2007]).

However, the sentence imposed was excessive to the extent indicated herein. Hall, J.P., Miller, Connolly and Brathwaite Nelson, JJ., concur.